UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-28946 |
| PIOTR DOMALIK | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING DEBTOR TO SELL REAL ESTATE AND TO SHORTEN NOTICE

This matter coming before the Court on the Debtor's Motion, the Court having jurisdiction, with due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The Debtor is authorized to sell the real estate at 1307 Seabury Circle, Carol Stream, IL 60188, contingent upon $21,000.00 being paid to Glenn Stearns, Chapter 13 Trustee, at closing.

2. Notice is shortened to that given.

Enter: *(signed)* Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 20, 2022

**Prepared by:**

Dustin Allen (No. 6312451)
Attorney at Law
2100 Manchester Road, Suite 949
Wheaton, IL 60187
Phone:  773-980-9004
Email:  DAllen@DustinBAllen.com